**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARLA ADAMS | § | |
| *Plaintiff,* | § § § | |
| V. | § § | CASE NO. 4:15cv25<br>Chief Judge Clark/Judge Craven |
| WAL-MART STORES, INC., ET AL. | § § | |
| *Defendants.* | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 9, 2015, the report of the Magistrate Judge was entered, containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand [Doc. #10] be granted and that Plaintiff's claims against Donnie Baker and Nikki Woods be dismissed.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is therefore

**ORDERED** Plaintiff's Motion to Remand [Doc. #10] is **DENIED**. It is further

**ORDERED** Plaintiff's claims against Donnie Baker and Nikki Woods are **DISMISSED**.

So **ORDERED** and **SIGNED** this **11** day of **May, 2015.**

_____
Ron Clark, United States District Judge